AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
                       Sheet 1

# UNITED STATES DISTRICT COURT
Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ALLEN SCOTT HARDIN | |
| | Case No.  1:03cr157-WHA-01 |
| | USM No.  11278-002 |
| | Donnie Bethel |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐  admitted guilt to violation of condition(s) _____ of the term of supervision.

☑  was found in violation of condition(s) count(s)  1 - 5  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful Use of a Controlled Substance | 09/26/2016 |
| 2 | Unlawful Possession of a Controlled Substance | 09/26/2016 |
| 3 | Possession of a Firearm | 09/26/2016 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  7316

Defendant's Year of Birth:  1957

City and State of Defendant's Residence:
Montgomery, Alabama

03/03/2017
Date of Imposition of Judgment

/s/ W. Harold Albritton
Signature of Judge

W. Harold Albritton, III, Senior U. S. District Judge
Name and Title of Judge

03/03/2017
Date

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: ALLEN SCOTT HARDIN
CASE NUMBER: 1:03cr157-WHA-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | New Criminal Offense-Unlawful Possession of a Controlled Substance | 09/26/2016 |
| 5 | New Criminal Offense-Felon in Possession of a Firearm | 09/26/2016 |

Judgment — Page 3 of 3

DEFENDANT: ALLEN SCOTT HARDIN
CASE NUMBER: 1:03cr157-WHA-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

8 Months with no term of supervised release to follow.  It is ORDERED that the term of supervised release imposed on August 6, 2004, is REVOKED.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____.
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____.
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL